IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN DALLMAN AND STATE FARM FIRE
AND CASUALTY COMPANY,

    Plaintiffs,

v.                                        No. 1:21-cv-01144-KWR-GJF

LSP PRODUCTS GROUP, INC.,
KOHLER CO., AND JOHN DOE,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion to Dismiss with Prejudice (**Doc. 25**) of the above-entitled court cause. The parties having settled this matter in its entirety, the Court **FINDS** the matter should be dismissed. Therefore:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and all claims which could have been raised in the above-entitled case by Plaintiffs against Defendants are hereby **DISMISSED WITH PREJUDICE** with each party bearing their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

**Submitted by:**

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By:   */s/ Bayard Roberts*
Tim L. Fields
Bayard Roberts

Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
tfields@modrall.com
bxr@modrall.com
*Attorneys for Kohler*


**Approved by:**

*/s/ via email 10-25-22*
Julia Hosford Barnes
*Attorney for Plaintiffs*
200 W. De. Vargas St., Ste. 2
Santa Fe, NM 87501
Jhbnm1@gmail.com


*/s/ via email 11-4-22*
Brenda Saiz
*Attorney for LSP Products Group*
201 Third St. NW #2200
Albuquerque, NM 87102
bsaiz@rodey.com

File0001.DOCX